EXHIBIT A

Forwarded Message-----
From: <support@hello.trueaccord.com>
Sent: Aug 24, 2021 4:45 PM
To: Carla M Emel █████████████ >
Subject: Start resolving your LVNV Funding LLC (current creditor of your original Plains Commerce Bank account) account today

This might have fallen off your radar.

**This is an important message for Carla M Emel. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

## Make today the day.

Hi Carla M,

Did you forget about your LVNV Funding LLC (current creditor of your original Plains Commerce Bank account) balance?

It's okay, things happen. Take the time today to get in touch with us and find out how we can help!



This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<p ng-if='mandatoryNotice && mandatoryNotice.trim() != ''' class='ng-scope'>Please read below for important disclosures.

   

Copyright © 2021 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219

1-866-611-2731

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is:**

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC cannot sue you for it, and LVNV Funding LLC cannot report it to any credit reporting agency.

This was originally an account with Plains Commerce Bank, account number ending in

You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url: http://go.trueaccord.com/resurgent_glb

LVNV Funding LLC account number ending in: