UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA EMEL,<br><br>                Plaintiff,<br><br>    v.<br><br>TRUEACCORD CORP., et al.,<br><br>                Defendants. | CIVIL ACTION NO. 3:21-CV-01612<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 30th day of April, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 20) is **GRANTED**;

2. Plaintiff Carla Emel's complaint (Doc. 1) is **DISMISSED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                **BY THE COURT:**

                                                *s/ Karoline Mehalchick*
                                                **KAROLINE MEHALCHICK**
                                                **United States District Judge**